AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

LUIS AGUILAR-GOMEZ

DOB: XX XX, XXXX
PDID: XXX XXX

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 16, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s), (Track Statutory Language of Offense)

an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am __Mark Leeper, Special Agent with the U.S. Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

Signature of Complainant
Mark Leeper, Special Agent
U.S. Immigration and Customs Enforcement

_____  at  __Washington, D.C.__
Date                          City and State

_____        _____
Name & Title of Judicial Officer   Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT
## Luis AGUILAR-GOMEZ

I, Mark Leeper, being duly sworn, depose and state:

1.  I am a Senior Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Nauralization Service ("INS"). I have been employed by the INS and ICE since 1996 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. Office, (SAC/DC) in Fairfax, Virginia.

2. My duties as a Special Agent with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after prior deportation or removal.

3.  The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

4.  This affidavit contains information necessary to support probable cause for this application.  This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

5. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Luis AGUILAR-GOMEZ, with unlawful reentry after deportation, in violation of Title 8, United States Code, Section 1326.

6. AGUILAR-GOMEZ is a native and citizen of Mexico.

7. On August 17, 2000, AGUILAR-GOMEZ was arrested by the INS in Calexico, California. Subsequently, AGUILAR-GOMEZ was found to be inadmissible and was deported to Mexico that same day, pursuant to an order of removal issued on August 17, 2000.

8. On August 2, 2005, AGUILAR-GOMEZ was arrested by ICE in Washington, D.C. AGUILAR-GOMEZ had not obtained permission to reenter the United States.  Therefore, the order of removal issued on August 17, 2000 was reinstated, and AGUILAR-GOMEZ was deported to Mexico on August 22, 2005, pursuant to the original order of removal.

9. On April 11, 2006, AGUILAR-GOMEZ was arrested once again by ICE in Washington, D.C. AGUILAR-GOMEZ had not obtained permission to reenter the United States.  Therefore, the order of removal issued on August 17, 2000 was reinstated, and AGUILAR-GOMEZ was deported to Mexico on May 2, 2006, pursuant to the

original order of removal.  Prior to his removal, the defendant was warned that he could not return to the United States without the permission of the Attorney General.

   10. On December 16, 2006, the Metropolitan Police Department arrested AGUILAR-GOMEZ for assault while he was in the 1800 block of Columbia Road, NW, Washington D.C.  The assault charge was eventually dropped. However, on February 13, 2007, AGUILAR-GOMEZ was taken into custody by ICE. At the time of his arrest, AGUILAR-GOMEZ admitted to the undersigned Special Agent the following:  that he is an illegal alien from Mexico, who previously has been deported; that he never asked for permission to reenter the US; and that he entered the United States without inspection near Calexico, California, on an unknown date in August 2006.

   11. I have reviewed the documents contained in the file for AGUILAR-GOMEZ maintained by ICE and there is no documentation indicating that he has ever applied for permission to reenter the United States following his removal to Mexico on May 2, 2006.  I know from my experience with ICE that if such an application had been made it would be reflected in the ICE file I reviewed. Furthermore, based upon my observation of AGUILAR-GOMEZ in person on December 16, 2006, and my comparison of a photograph of the AGUILAR-GOMEZ who was deported on May 2, 2006, I am certain that they are the same individual.

3

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that, Luis AGUILAR-GOMEZ is an alien in the United States who previously has been deported or removed from the United States, and has been found in the United States without first having obtained the express consent of the Attorney General of the United States to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

                                          _____
                                          Mark C. Leeper
                                          Sr. Special Agent
                                          Immigration & Customs
                                          Enforcement

Sworn to and subscribed before me this \_\_\_\_\_ day of February, 2007.

                                _____
                                UNITED STATES MAGISTRATE JUDGE